UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NICHO ANDROPOLIS SIMON, )
and ADRIAN LEANDREW )
CARTER, )
      Plaintiffs, )
 )
v. ) CV423-302
 )
BRIAN DAVIS, )
 )
      Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 4), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff Adrian Leandrew Carter is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA