UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NICHO ANDROPOLIS SIMON,           )
                                  )
            Plaintiff,            )
                                  )
v.                                )                CV423-302
                                  )
BRIAN DAVIS,                      )
                                  )
            Defendant.            )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the

Magistrate Judge's Report and Recommendation (R&R), (doc. no. 8), to which no

objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**.

Plaintiff's Complaint is **DISMISSED**. (Doc. no. 1.) The Clerk is **DIRECTED** to close

this case.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA